IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-238-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.**    **WALTER JOHNSON,**

       Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     A Supervised Release Violation Hearing is scheduled for **January 14, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  January 7, 2010