IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-238-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.    WALTER JOHNSON,**

Defendant.

## AMENDED MINUTE ORDER

Judge John L. Kane **ORDERS**

A Supervised Release Revocation Hearing is set for **March 3, 2011 at 9:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  This hearing will immediately follow the Sentencing Hearing in 10cr341-JLK.

Dated:  February 24, 2011