IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-238-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    WALTER JOHNSON,**

       Defendant.

_____

**Criminal Action No. 10-cr-341-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    WALTER JOHNSON,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The government's unopposed Motions (1) to Continue Defendant's Supervised Release Revocation Hearing in 08-cr-238 (Doc.74) and (2) to Continue Defendant's Sentencing Hearing in 10-cr-341 (Doc. 56), are GRANTED. Mr. Connor and Mr. Steinberg shall place a joint call to chambers on or before 5 p.m. on Friday, March 18, 2011, to reset these hearings.

Dated:  March 15, 2011