IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-238-JLK**

**UNITED STATES OF AMERICA,**

                    Plaintiff,

v.

1.      **WALTER JOHNSON,**

                    Defendant.

_____

**Criminal Action No. 10-cr-341-JLK**

**UNITED STATES OF AMERICA,**

                    Plaintiff,

v.

1.      **WALTER JOHNSON,**

                    Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

The Sentencing Hearing in 10-cr-341-JLK is reset for April 13, 2011 at 2:00 p.m.; The Supervised Release Revocation hearing in 08-cr-238-JLK is reset for April 13, 2011 at 2:30 p.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  March 16, 2011